

IN THE
TENIH COURT OF APPEALS

No. 10-24-00030-CR

RONNEY JOE STANDIFER,

                                                    Appellant

 v.

THE STATE OF TEXAS,

                                                    Appellee

From the 19th District Court
McLennan County, Texas
Trial Court No. 2013-122-C1

MEMORANDUM OPINION

Ronney Joe Standifer was convicted in 2015 and sentenced to life in prison. He

attempts to appeal the trial court's Order, signed on January 23, 2024, denying Standifer's

"Petitioner's Omnibus Motions Submitted to this Court," filed with the trial court on the

same date as the Order was signed, which requested the compulsion of certain people to

provide documents to Standifer so that Standifer could proceed with a petition for writ

of habeas corpus.

The standard for determining jurisdiction is not whether the appeal is precluded

by law, but whether the appeal is authorized by law. *Abbott v. State*, 271 S.W.3d 694, 696 (Tex. Crim. App. 2008). We have not found any rule or any statutory or constitutional provision that would authorize Standifer's appeal from the trial court's Order signed on January 23, 2024.

Accordingly, the trial court's January 23, 2024 Order is not appealable, we have no jurisdiction to entertain Standifer's appeal, and the appeal is dismissed. *See* TEX. R. APP. P. 26.2; *Staley v. State*, 233 S.W.3d 337, 338 (Tex. Crim. App. 2007).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Appeal dismissed
Opinion delivered and filed February 8, 2024
Do not publish
[CRPM]

